UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

| | |
|---|---|
| JAMES L. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:16-cv-00059 |
| v. ) | |
| ) | **ORDER** |
| ) | |
| U.S. MAGISTRATE JUDGE SUSAN ) | |
| PARADISE BAXTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Lisa Pupo Lenihan, and the balance of the record, **HEREBY ORDERS**:

1. The Court **ADOPTS** the Report and Recommendation;

2. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**;

3. This case is **CLOSED**; and

4. The clerk shall send copies of this Order to the parties.

    **IT IS SO ORDERED.**

    DATED this 22nd day of November, 2016

                                            *[signature: Barbara J. Rothstein]*
                                            _____
                                            BARBARA J. ROTHSTEIN
                                            UNITED STATES DISTRICT JUDGE